1  **HEMAR, ROUSSO & HEALD, LLP**
   PAMELA L. COX (SBN 191883)
2  Robert V. McKendrick (SBN 169138)
   E-mail address: pcox@hemar-rousso.com
3  15910 Ventura Boulevard, 12th Floor
   Encino, CA  91436-2829
4  Telephone:     (818) 501-3800
   Facsimile:      (818) 501-2985
5
   Attorneys for Plaintiff,
6  XEROX CORPORATION

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| XEROX CORPORATION, a New York corporation, | Case No.  CV12-03146 JCG |
| Plaintiff, | **ORDER GRANTING  DISMISSAL** |
| vs. | DATE: N/A |
| | TIME: N/A |
| DOT COPY, INC., a California corporation dba DOT GRAPHICS, and dba ALL ABOUT PRINTING and dba DOT COPY & PRINT CENTER, | CTRM: Magistrate Judge Jay C. Gandhi |
| Defendants. | |

20       Upon consideration of the Stipulated Dismissal between Plaintiff XEROX

21  CORPORATION, a New York corporation (hereinafter referred to as the "Plaintiff"), and

22  Defendant DOT COPY, INC., a California corporation dba DOT GRAPHICS, and dba ALL

23  ABOUT PRINTING and dba DOT COPY & PRINT CENTER ("Defendant") (hereinafter the

24  "Stipulation"), and for good cause appearing:

25  ///

26  ///

27  ///

28

**[PROPOSED] ORDER GRANTING  DISMISSAL**

1    IT IS HEREBY ORDERED that the Stipulated Dismissal is granted and this case is
2  dismissed with prejudice.

5  Date:   August 22, 2012                                  _____
                                                              Magistrate Judge Jay C. Gandhi

**[PROPOSED] ORDER GRANTING  DISMISSAL**