**HEMAR, ROUSSO & HEALD, LLP**
PAMELA L. COX (SBN 191883)
Robert V. McKendrick (SBN 169138)
E-mail address: pcox@hemar-rousso.com
15910 Ventura Boulevard, 12th Floor
Encino, CA  91436-2829
Telephone:     (818) 501-3800
Facsimile:      (818) 501-2985

Attorneys for Plaintiff,
XEROX CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, a New York corporation, | Case No.  CV12-03146 JCG |
| Plaintiff, | **ORDER GRANTING  DISMISSAL** |
| vs. | DATE: N/A<br>TIME:  N/A |
| DOT COPY, INC., a California corporation dba DOT GRAPHICS, and dba ALL ABOUT PRINTING and dba DOT COPY & PRINT CENTER, | CTRM: Magistrate Judge Jay C. Gandhi |
| Defendants. | |

Upon consideration of the Stipulated Dismissal between Plaintiff XEROX CORPORATION, a New York corporation (hereinafter referred to as the "Plaintiff"), and Defendant DOT COPY, INC., a California corporation dba DOT GRAPHICS, and dba ALL ABOUT PRINTING and dba DOT COPY & PRINT CENTER ("Defendant") (hereinafter the "Stipulation"), and for good cause appearing:

///

///

///

**[PROPOSED] ORDER GRANTING  DISMISSAL**

1  IT IS HEREBY ORDERED that the Stipulated Dismissal is granted and this case is
2 dismissed with prejudice.

5 Date:  August 22, 2012              _____
                                      Magistrate Judge Jay C. Gandhi

**[PROPOSED] ORDER GRANTING DISMISSAL**